No. 09-10352. Thomas Everett, III, Petitioner v. Florida.

561 U.S. 1029, 130 S. Ct. 3510, 177 L. Ed. 2d 1098, 2010 U.S. LEXIS 5355.

June 28, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

Same case below, 17 So. 3d 1240.

No. 09-10355. Tony A. Wilson, Petitioner v. Michele A. Gavangi, et al.

561 U.S. 1029, 130 S. Ct. 3510, 177 L. Ed. 2d 1098, 2010 U.S. LEXIS 5421.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-10362. Wendell Duncan, Petitioner v. Mississippi.

561 U.S. 1029, 130 S. Ct. 3510, 177 L. Ed. 2d 1098, 2010 U.S. LEXIS 5407.

June 28, 2010. Petition for writ of certiorari to the Court of Appeals of Mississippi denied.

Same case below, 28 So. 3d 665.

No. 09-10365. Yvette Cole, Petitioner v. South Carolina, et al.

561 U.S. 1029, 130 S. Ct. 3510, 177 L. Ed. 2d 1098, 2010 U.S. LEXIS 5332.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 354 Fed. Appx. 794.

No. 09-10367. Pedro Carvajal, Petitioner v. Los Angeles Police Department.

561 U.S. 1029, 130 S. Ct. 3510, 177 L. Ed. 2d 1098, 2010 U.S. LEXIS 5503.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 361 Fed. Appx. 901.

No. 09-10368. Wilbur Lee Ellison, Petitioner v. Marty Black, et al.

561 U.S. 1030, 130 S. Ct. 3511, 177 L. Ed. 2d 1098, 2010 U.S. LEXIS 5400.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-10369. Kohath Carroll, Petitioner v. United States, et al.

561 U.S. 1030, 130 S. Ct. 3511, 177 L. Ed. 2d 1098, 2010 U.S. LEXIS 5373.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-10371. Michael Belike Clark, Petitioner v. Fernando Frontera, et al.

561 U.S. 1030, 130 S. Ct. 3511, 177 L. Ed. 2d 1098, 2010 U.S. LEXIS 5422.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.